ELIZABETH ATAMIAN et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued October 6, 1947; decided October 17, 1947.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel* and *Joseph J. Lucchi* of counsel), for appellant.

*John R. Jones, Horace P. Clark* and *Theobald J. Dengler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.